# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY L. BROWN, et al.<br><br>            Plaintiff,<br><br>       v.<br><br>SELECT MEDIA SERVICES, L.L.C., et al.<br><br>            Defendants. | Case No. 2:16-cv-03036-JAM-KJN<br><br>**ORDER STAYING CASE PENDING MEDIATION**<br><br>Action Filed: September 8, 2016 |

Having read and considered the Parties' Stipulation to stay this action pending mediation, and finding good cause therefore, the Court hereby GRANTS the stipulation and stays this action until April 17, 2017.

**IT IS SO ORDERED.**

DATED: 2/17/2017

>            /s/ John A. Mendez
> The Honorable John A. Mendez
> United States District Court Judge