UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE COOKS, an individual; and ALWENA FRAZIER, an individual; for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TNG GP, A DELAWARE General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | No. 2:16-cv-1160 KJM AC<br><br>No. 2:16-cv-2113 KJM AC |
| AUDREY L. BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT MEDIA SERVICES, L.L.C., et al.,<br><br>Defendants. | No. 2:16-cv-3036 KJM AC<br><br><u>CLASS CERTIFICATION SCHEDULING ORDER</u> |

Having reviewed the Joint Status Report of the parties in these related cases, filed on March 29, 2018, the court makes the following orders:

I. SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II. ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

The parties are discussing whether their cases can be combined, which may result in an amended complaint to include all claims and parties in each case with the effect of consolidating the three cases. Any amended pleading shall be filed no later than **August 1, 2018**, in the lowest numbered case, with notices of the filing made in the other cases, along with a motion for consolidation under Federal Rule of Civil Procedure 42. Further, the parties in *Cooks, et al. v. TNG GP, et al.,* 2:16-cv-02113 KJM KJN are ordered to file a notice of related cases in that action **within 14 days** of this order.

Further joinder of parties or amendments to pleadings shall be completed by **February 1, 2019,** and is not permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1332(d). Jurisdiction and venue are not disputed.

IV. DISCOVERY

Initial disclosures as required by Federal Rule of Civil Procedure 26(a) shall be completed **within 14 days of this order**. All discovery shall be completed by **March 1, 2019**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court. While the assigned magistrate judge reviews proposed discovery phase protective orders, requests to seal or redact are decided by Judge

Mueller as discussed in more detail below.  In addition, while the assigned magistrate judge handles discovery motions, the magistrate judge cannot change the schedule set in this order, except that the magistrate judge may modify a discovery cutoff to the extent such modification does not have the effect of requiring a change to the balance of the schedule.

V.      CLASS CERTIFICATION MOTION

The following schedule is set for hearing on class certification:

| Filing of Class Certification Motion | March 29, 2019 |
| Opposition to Class Certification Motion | April 19, 2019 |
| Reply Brief Regarding Class Certification Motion | May 3, 2019 |
| Hearing Date on Class Certification Motion | May 20, 2019 at 9:00 a.m. in Courtroom No. 3 |

VI.     SEALING

No document will be sealed, nor shall a redacted document be filed, without the prior approval of the court.  If a document for which sealing or redaction is sought relates to the record on a motion to be decided by Judge Mueller, the request to seal or redact should be directed to her and not the assigned Magistrate Judge.  All requests to seal or redact shall be governed by Local Rules 141 (sealing) and 140 (redaction); protective orders covering the discovery phase of litigation shall not govern the filing of sealed or redacted documents on the public docket.  The court will only consider requests to seal or redact filed by the proponent of sealing or redaction.  If a party plans to make a filing that includes material an opposing party has identified as confidential and potentially subject to sealing, the filing party shall provide the opposing party with sufficient notice in advance of filing to allow for the seeking of an order of sealing or redaction from the court.

/////

/////

1  VII.   FURTHER SCHEDULING
2         Subsequent dates will be determined after the court's ruling on class certification.
3  VIII.  MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER
4         The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause. Agreement of the parties by stipulation alone does not constitute good cause. Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

As noted, the assigned magistrate judge is authorized to modify only the discovery dates shown above to the extent any such modification does not impact the balance of the schedule of the case.

IX.    OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: June 4, 2018.

_____
UNITED STATES DISTRICT JUDGE